512 F.2d 1380
 Jose BORRELLO, Plaintiff-Appellee,
v.
PERERA COMPANY, INC., Defendant-Appellant.
 No. 746, Docket 74-2466.
 United States Court of Appeals, Second Circuit.
 Argued March 24, 1975.
Decided March 25, 1975.
 
 Harry Litwin, New York City (Greenwald, Kovner & Goldsmith, New York City, on the brief), for appellant.
 Lawrence W. Pollack, New York City (Migdal, Tenney, Glass & Pollack, Frank & Fredericks, New York City, on the brief), for appellee.
 Before KAUFMAN, Chief Judge, MULLIGAN, Circuit Judge, and THOMSEN,* District Judge.
 PER CURIAM:
 
 
 1
 We affirm for the reasons stated in Judge Levet's opinion, Borrello v. Perera Company, Inc., 381 F.Supp. 1226 (S.D.N.Y.1974).
 
 
 2
 ---------------
 
 
 
 * Of the District of Maryland, sitting by designation.